# Supreme Court of Texas

No. 25-1085

Kevin F. Karli, James W. Dobbs, Margaret E. Dobbs,
Henry C. McQuaide, III, Chris H. Hoegemeyer,
Kyle W. Hoegemeyer, William H. Hoegemeyer II,
Sam Wigington, III, Justin T. Price, Robert Hugh Williams,
Gwendolyn S. Williams, Stephanie R. Saculla, John Cody Saculla,
Patrick Clarke, Kathryn E. Clarke, and Mary Catherine Davis,
Independent Executrix of the Estate of Joe R. Davis,

*Petitioners*,

v.

Claude Wilson, Mary Claudene Brewer, Arleigh P. Helfer, Melany
Rae Helfer-Hullett, Wendi Rene Hughes, Karen Sue Schaible,
John Weldon Allums, Alvin Reese Helfer and Jason Reed Helfer,

*Respondents*

On Petition for Review from the
Court of Appeals for the Eighth District of Texas

**PER CURIAM**

This oil-and-gas case involves a deed that uses double fractions and thus implicates the presumption discussed in *Van Dyke v. Navigator Group*, 668 S.W.3d 353 (Tex. 2023). When the court of appeals issued its decision, it did not have the benefit of our opinion in *Clifton v.*

*Johnson*, ___ S.W.3d ___, 2026 WL 705763 (Tex. Mar. 13, 2026).  As in similar cases, and without hearing oral argument, we grant the petition for review, vacate the judgment of the court of appeals, and remand the case to that court for further proceedings.  *See* TEX. R. APP. P. 59.1, 60.2(f); *Boren Descendants v. Fasken Oil & Ranch, Ltd.*, ___ S.W.3d ___, 2026 WL 1108688, at *3 (Tex. Apr. 24, 2026).

**OPINION DELIVERED:** May 8, 2026